RECEIVED

AUG 17 2021

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:21-CR-103 |
| | ) | |
| v. | ) | SUPERSEDING INDICTMENT |
| | ) | |
| MALEK SHAWN HOLMES, | ) | T. 18 U.S.C. § 922(g)(3) |
| also known as, Chubbs, | ) | T. 18 U.S.C. § 924(a)(2) |
| PIERRE FONTAIN BLACK, | ) | T. 18 U.S.C. § 924(d) |
| also known as, Rico, | ) | T. 21 U.S.C. § 841(a)(1) |
| also known as, Peezy, | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| also known as, Peezo, | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| DESHAWN LEVELL GREER, | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| also known as, Jack, | ) | T. 21 U.S.C. § 846 |
| DESMOND LAMAR HOWARD, | ) | T. 21 U.S.C. § 851 |
| also known as, Blu, | ) | T. 21 U.S.C. § 853 |
| GREGORY IZELL SPIGHT, | ) | T. 28 U.S.C. § 2461(c) |
| also known as, LoSo, | ) | |
| EARL CLAY, III, | ) | |
| also known as, BD, | ) | |
| MICHAEL BYRD, | ) | |
| also known as, Big Mike, | ) | |
| CARL MURPHY, | ) | |
| also known as, P, | ) | |
| also known as, C-Note, | ) | |
| AZIM ABDUL-AHAD, | ) | |
| also known as, Tana, | ) | |
| RONALD HARRIS, | ) | |
| DAEANTE DEWAYNE NEELY, | ) | |
| also known as, Black, | ) | |
| DERRICK FLEMING, | ) | |
| also known as, Flock, | ) | |
| DANDRE COX, | ) | |
| also known as Dusky, | ) | |
| PATRICK STAPLES, | ) | |
| TABARIS BROWN, | ) | |
| also known as, TB, | ) | |
| BRANDON REED, | ) | |
| also known as, J, | ) | |
| JASON BEAMAN, | ) | |

1

ELIJAH SEYMOUR,                    )
also known as, Big Josh,           )
FELICIA OLSON,                     )
SARAH HUME,                        )
ANDREW PRICE,                      )
JAMISHA CANADA,                    )
also known as, Misha,              )
TONIE CANADA, and                  )
RICKEY'A DEE JACKSON               )
also known as, Kia,                )
                                   )
          Defendants.              )

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>
**(Conspiracy to Distribute a Controlled Substance)**

From a date unknown, but by at least 2019, and continuing until July 20, 2021,

in the Southern District of Iowa and elsewhere, the defendants, MALEK SHAWN

HOLMES, also known as, Chubbs, PIERRE FONTAIN BLACK, also known as, Rico,

also known as, Peezy, also known as, Peezo, DESHAWN LEVELL GREER, also

known as, Jack, DESMOND LAMAR HOWARD, also known as, Blu, GREGORY

IZELL SPIGHT, also known as, LoSo, EARL CLAY, III, also known as, BD,

MICHAEL BYRD, also known as, Big Mike, CARL MURPHY, also known as, P, also

known as C-Note, AZIM ABDUL-AHAD, also known as, Tana, RONALD HARRIS,

DAEANTE DEWAYNE NEELY, also known as, Black, DERRICK FLEMING, also

known as, Flock, DANDRE COX, also known as Dusky, PATRICK STAPLES,

TABARIS BROWN, also known as, TB, BRANDON REED, also known as J, JASON

BEAMAN, ELIJAH SEYMOUR, also known as, Big Josh, FELICIA OLSON, SARAH

HUME, ANDREW PRICE, JAMISHA CANADA, also known as, Misha, TONIE CANADA, and RICKEY'A DEE JACKSON, also known as, Kia, conspired, with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally possess with intent to distribute and distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 846.

With respect to defendants, MALEK SHAWN HOLMES, also known as, Chubbs, the conspiracy involved 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(A).

With respect to defendants, PIERRE FONTAIN BLACK, also known as, Rico, also known as, Peezy, also known as, Peezo, DESHAWN LEVELL GREER, also known as, Jack, GREGORY IZELL SPIGHT, also known as, LoSo, EARL CLAY, III, also known as, BD, MICHAEL BYRD, also known as, Big Mike, CARL MURPHY, also known as, P, also known as C-Note, AZIM ABDUL-AHAD, also known as, Tana, RONALD HARRIS, DAEANTE DEWAYNE NEELY, also known as, Black, DERRICK FLEMING, also known as, Flock, DANDRE COX, also known as Dusky, PATRICK STAPLES, TABARIS BROWN, also known as, TB, BRANDON REED, also known as J, JASON BEAMAN, FELICIA OLSON, ANDREW PRICE, JAMISHA

3

CANADA, also known as, Misha, and TONIE CANADA, the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C).

With respect to defendants, DESMOND LAMAR HOWARD, also known as, Blu, ELIJAH SEYMOUR, also known as Big Josh, SARAH HUME, RICKEY'A DEE JACKSON, also known as Kia, the conspiracy involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

### COUNT 2
**(Possession with Intent to Distribute a Controlled Substance)**

On or about July 21, 2021, in the Southern District of Iowa, the defendant, MALEK SHAWN HOLMES, also known as, Chubbs, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

This is a violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

4

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 3</u>
**(Unlawful Drug User in Possession of a Firearm)**

On or about July 21, 2021, in the Southern District of Iowa, the defendant, MALEK SHAWN HOLMES, also known as, Chubbs, in and affecting commerce, knowingly possessed firearms, namely, a loaded, Iver Johnson Revolver, Cadet Model 55-SA, .38 Cal, with serial number G8340 and a Walther Pistol, Model PPS, 9mm, with serial number BB1585.  At the time of the offense, the defendant was an unlawful user of and addicted to a controlled substance.

This is a violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

**THE GRAND JURY FINDS:**

**PRIOR CONVICTION**

Prior to the commission of the offense charged in Count 1, the defendant, CARL MURPHY, also known as P, also known as C-Note, was convicted of Distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), in the Northern District of Illinois, case number 1:09-CR-928, a serious drug felony, for which Defendant served more than 12 months of imprisonment and in which Defendant was released from any term of imprisonment within 15 years of the commencement of the instant offense.

This is pursuant to Title 21, United States Code, Section 851.

5

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction for the offense alleged in Count 3 of this Superseding Indictment, the defendant, MALEK SHAWN HOLMES, also known as Chubbs, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms, magazines, and ammunition involved in the commission of said offense, including, but not limited to, the firearms and ammunition identified in Count 3 of this Superseding Indictment.

This is pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

**THE GRAND JURY FURTHER FINDS:**

**<u>NOTICE OF FORFEITURE</u>**

Upon conviction of the offense set forth in Count 1 of this Superseding Indictment, the defendants, RONALD HARRIS, TABARIS BROWN, also known as, TB, GREGORY SPIGHT, also known as, LoSo, EARL CLAY, III, also known as, BD, FELICIA OLSON, and BRANDON REED, also known as, J, shall forfeit, to the United States, the following:

A. **<u>Proceeds.</u>** Any and all property constituting, and derived from, any proceeds such defendant obtained, directly or indirectly, and as a result of such violation, and

6

B. **Facilitation.** Any property used and intended to be used in any manner, or part, to commit or to facilitate the commission of such violation.

The property to be forfeited includes, but is not limited to, the following:

a. As to defendant RONALD HARRIS, approximately $8,400 in United States currency seized from a residence in the 1300 block of Clark Street, Des Moines, Iowa, on or about July 21, 2021.

b. As to defendant TABARIS BROWN, approximately $4,000 in United States currency seized from a residence in the 2300 block of Ingersoll Avenue, Des Moines, Iowa, on or about July 21, 2021.

c. As to defendant GREGORY SPIGHT, approximately $1,552 in United States currency seized from a hotel in the 11000 block of Forest Avenue, Des Moines, Iowa, on or about July 21, 2021.

d. As to defendant EARL CLAY, III, approximately $2,134 in United States currency seized from a vehicle and hotel in the 5000 block of NE 14th Street, Des Moines, Iowa, on or about July 21, 2021.

e. As to defendant FELICIA OLSON, approximately $1,062 in United States currency seized from a residence in the 5100 block of Ingersoll Avenue, Des Moines, Iowa, on or about July 21, 2021.

f. As to defendant BRANDON REED, approximately $5,425 in Untied States currency seized from the person of BRANDON REED on or about July 21, 2021.

This is pursuant to Title 21, United States Code, Section 853, and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

**A TRUE BILL.**


                                                          _____
                                                          FOREPERSON

Richard D. Westphal
Acting United States Attorney


By: _____
Mallory E. Weiser
Special Assistant United States Attorney
Amy L. Jennings
Assistant United States Attorney

8